| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

| | | |
|---|---|---|
| RECUSAL ORDER | | Case Number   H-05-3188 |
| Style | Ridge Tool Company, et al. v. The Lawless Group, Inc., et al. | |
| ORDER | I stand recused in this case.<br>Deadlines in scheduling orders continue in effect.<br>Court settings are vacated. | |

Signed: *[signature]*
Ewing Werlein, Jr.,
United States District Judge

Date: 9/13/05

| REASSIGNMENT | This case is reassigned to: |
|---|---|
| | SIM LAKE |

MICHAEL MILBY
United States District Clerk

By: *[signature]*
Deputy Clerk